# United States Court of Appeals for the Fifth Circuit

---

No. 25-20436
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

December 4, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Leslie Chinedu Mba,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-325-1

---

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

The district court granted the Government's motion to revoke Leslie Chinedu Mba's pretrial release and denied his ensuing motions to reconsider. On appeal, Mba contends he is entitled to bail pending trial because his presence in the United States is lawful and there is no evidence he presents a flight risk or a threat to others.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20436

Our review is for abuse of discretion. *See United States v. Rueben*, 974 F.2d 580, 585-86 (5th Cir. 1992). The record does not include the underlying revocation motion, and Mba declined to order a transcript of the hearing when that motion was decided. On this record, Mba fails to show that "the evidence as a whole" is insufficient to support the finding that he presents a flight risk. *Id.*; *see* FED. R. APP. P. 9(a)(1); FED. R. APP. P. 10(b)(2). We also are unable to review any finding regarding his immigration status because the record contains none. *See United States v. Moreno*, 857 F.3d 723, 727 (5th Cir. 2017). Mba shows no abuse of discretion in the district court's orders. *See id.*; *see also Rueben*, 974 F.2d at 585-86. Accordingly, we AFFIRM.